United States District Court
Eastern District of Michigan
Southern Division

The United States of America,

        Plaintiff,

v.

Max Washington,

        Defendant.

_____/

Criminal No. 20-20520

Hon. Judith E. Levy

## Index of Exhibits

1.) Exhibit 1 – Transcript

2.) Exhibit 2 – Lab Report, Cocaine Base

3.) Exhibit 3 – Lab Report, Fentanyl

4.) Exhibit 4 – Lab Report, Meth

5.) Exhibit 5 – Lab Report, Meth

6.) Exhibit 6 – Lab Report, Meth